JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVERY INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> VERMILION ENERGY INC., <br><br> Defendant. | **Case No: 2:14-cv-07179-ODW-JPR** <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1

In light of the parties' failure to comply with the Court's September 23, 2016, Order to Show Cause, and lack of prosecution appearing in the case, **IT IS HEREBY ORDERED** that the entire action and all claims asserted therein are DISMISSED without prejudice.

**IT IS SO ORDERED**.

October 25, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**